IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MILDRED WYATT, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 2:21-cv-272-ECM |
| | ) |
| STOKES CHEVROLET, INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

The Court has been informed that the parties have reached a settlement in this case. Accordingly, it is

ORDERED that this case is DISMISSED with prejudice. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid.

DONE this 30th day of July, 2021.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE